**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:99-cr-00376-HDM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| GARY EUGENE BURT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant's letter motion for early termination of supervised release (ECF No. 26) is DENIED. The defendant was convicted of five felonies including armed robbery. At the time of his conviction he had a substantial criminal history. In addition, the defendant tested positive for methamphetamine on November 22 and 23, 2016. The court is not persuaded after considering the factors set forth in 18 U.S.C. § 3583(e) that an early termination of supervised release is justified and in the interest of justice.

IT IS SO ORDERED.

DATED: This 2nd day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

1